JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>TUN KHINE d/b/a TK SMOKE SHOP; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:17-cv-07742 JFW (KSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: October 23, 2017 |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: March 21, 2018

_____
United States District Court Judge

1